UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHARLES GONZALES,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:18-cv-999 |
| § | |
| **WILMINGTON SAVINGS FUND** § | |
| **SOCIETY, FSB, D/B/A CHRISTIANA** § | |
| **TRUST, NOT IN ITS INDIVIDUAL** § | |
| **CAPACITY BUT SOLELY AS TRUSTEE** § | |
| **FOR RMAC TRUST, SERIES 2015-5T** § | |
| **AND RUSHMORE LOAN** § | |
| **MANAGEMENT SERVICES LLC** § | |
| Defendants. § | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Cilici, LLC, its successors and assigns ("Cilici" or "Defendant") file this Motion for Summary Judgment requesting that the Court dismiss the claims asserted against them in Plaintiff's Original Petition (hereinafter "Plaintiff's Complaint"), and would respectfully show unto the Court as follows:

Defendant has separately filed its Brief in Support of this Motion Summary Judgment (the "Brief"), which Defendant incorporates herein by reference.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion for Summary Judgment, dismiss Plaintiff's claims with prejudice, grant Defendant the relief requested in its counterclaim, and grant such other and further relief to which they may be justly entitled.

Dated:	October 2, 2019

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

  /s/ *Crystal Gee Gibson*
Crystal Gee Gibson, *Attorney in Charge*
State Bar No. 24027322
SD No. 706039
4004 Belt Line Rd., Ste. 100
Addison, Texas 75001
(972) 340-7901
(972) 341-0783 (Facsimile)
CrystalR@bdfgroup.com

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

**Via email** crg28crg@yahoo.com
Charles Gonzales
10434 Rocky Hollow Road
LaPorte, Texas 77571
*Plaintiff, pro se*

  /s/ *Crystal Gee Gibson*
Crystal Gee Gibson